HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADALBERTO PATINO-SALGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-cr-157 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| ADALBERTO PATINO-SALGADO, | Date: July 10, 2014<br>Time: 9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to by and between the United States of America, through NIRAV DESAI, Assistant U.S. Attorney, and defendant, ADALBERTO PATINO-SALGAO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Thursday, June 26, 2014 be vacated, and a new status conference date of Thursday, July 10, 2014, at 9:00 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, June 25, 2014, through and including the date of the new status conference hearing, July 10, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

Stipulation to Continue Status Conference    -1-    *US v. Patino-Salgado*, 12-cr-157 MCE

1   of justice to be served by granting the continuance outweigh the best interests of the public and
2   the defendant in a speedy trial.
3   DATED: June 25, 2014

                                               Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender


                                               */s/ Matthew C. Bockmon*
                                               MATTHEW C. BOCKMON
                                               Assistant Federal Defender
                                               Attorney for ADALBERTO PATINO-SALGADO

DATED: June 25, 2014                      BENJAMIN B. WAGNER
                                               United States Attorney


                                               */s/ Matthew C. Bockmon for*
                                               NIRAV DESAI
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on June 25, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, June 26, 2014, be vacated and that the case be set for Thursday, July 10, 2014, at 9:30 a.m.  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///
///
///

1  Accordingly, for the reasons stated in the parties' July 10, 2014, stipulation, the time within
2  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during
3  the time period from the date of this stipulation, June 25, 2014, through and including July 10,
4  2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

5      IT IS SO ORDERED.

6  Dated: June 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT